# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| HARLEY-DAVIDSON MOTOR COMPANY | : No. 39 MAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Commonwealth Court |
| | : |
| | : |
| SPRINGETTSBURY TOWNSHIP, CENTRAL YORK SCHOOL DISTRICT AND YORK COUNTY BOARD OF TAX ASSESSMENT APPEALS | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: CENTRAL YORK SCHOOL DISTRICT | : |
| | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is

**GRANTED**. The issues, as stated by Petitioner, are

1. Whether the trial court properly considered reasonably foreseeable hypothetical ways in which the property could be used by potential buyers to determine what a willing buyer would pay for the property consistent with the holdings in <u>Craftmaster Mfg., Inc. v. Bradford County Board of Assessment Appeals</u>, 903 A.2d 620 (Pa. Cmwlth. 2006) and <u>Air Products and Chemicals, Inc. v. Board of Assessment Appeals of Lehigh County</u>, 720 A.2d 790 (Pa. Cmwlth. 1998)?

2. Whether the trial court followed Commonwealth Court precedent and properly considered the impact of environmental conditions by reviewing the settlement agreement, interpreting Pennsylvania's Land Recycling and Remediation Standards Act (Act 2), accepting the opinion of an expert appraiser, and applying a five percent reduction in value for stigma?